# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| AMIR AFSHAR, ) | |
| ) | |
| Plaintiff. ) | |
| ) | |
| vs. ) | Case No. 04-1104-CV-W-FJG |
| ) | |
| ANN MARIE EVERITT and ) | |
| U.S. DEPARTMENT OF STATE, ) | |
| ) | |
| Defendants. ) | |

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_____ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

\_\_\_X\_\_\_\_ **Decision by Court.** This action has come before the Court as a briefed matter and a decision has been rendered.

    Defendants' Motion to Dismiss, or in the alternative, Motion for Summary Judgment (Doc. No.15) is Granted In Full, and all remaining pending motions are Denied As Moot.
    IT IS FURTHER ORDERED, that the Clerk of the Court send a copy of this order via regular mail and certified mail to plaintiff at the following address:

    Amir Afshar
    10226 Rosehill Road
    Lenexa, KS 66215-1832


\_10/31/2005\_\_\_\_                                /s/ P. J. Brune
Dated                                             Clerk of the Court

                                                           /s/ K. McIlvain
                                                           Deputy Clerk